IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAWN COSTA, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL GENERAL INSURANCE MARKETING, INC.<br><br>Defendant. | Case No. 1:22-cv-00160-LCB-JEP |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The plaintiff files this Stipulation of Dismissal without prejudice against National General Insurance Marketing, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs.

Dated: July 28, 2022　　　　　　PLAINTIFF,

By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich, BBO No. 678437
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

NATIONAL GENERAL INSURANCE MARKETING, INC.

*/s/ Brooke K. Conkle*
Lissette C. Payne (N.C. Bar No. 56558)
Troutman Pepper Hamilton Sanders LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
(704) 998-4050 (voice)
lissette.payne@troutman.com

Brooke K. Conkle (Va. Bar No. 87413)
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, VA 23219
(804) 697-1873 (voice)
brooke.conkle@troutman.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich